```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
ROWE PLASTIC SURGERY OF NEW                              :
JERSEY LLC and EAST COAST PLASTIC                        :
SURGERY PC,                                              :
                                                         :           23-CV-8532 (VSB)
                              Plaintiffs,                :
                                                         :              ORDER
              -against-                                  :
                                                         :
AETNA LIFE INSURANCE COMPANY,                            :
                                                         :
                              Defendant.                 :
---------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

On October 2, 2023, the parties were directed to file a joint letter by October 16, 2023. (Doc. 23.)  To date, the parties have not done so, nor sought an extension of time.  Accordingly, the parties are directed to comply with the Order entered on October 2, 2023 and file the requested joint letter on or before Monday October 23, 2023.

SO ORDERED.

Dated: October 19, 2023
       New York, New York

                                                                                     _____
                                                                                     Vernon S. Broderick
                                                                                     United States District Judge